Order Filed on
6/13/2011
by Clerk U.S. Bankruptcy
Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (CAMDEN)<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| MAURICE & NEEDLEMAN, P.C.<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, NJ  08822<br>(908) 237-4550<br>Attorneys for Creditor HSBC Bank Nevada, N.A.<br>Thomas R. Dominczyk | Chapter 13<br><br>Case Number: 10-47410-GMB |
| In re:<br>　　　JEREMY C. COOPER | JUDGE:<br>Honorable Gloria M. Burns |

### ORDER VACATING STAY AS TO PERSONAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: 6/13/2011**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2
Debtor: JEREMY C. COOPER
Case No. 10-47410-GMB
Caption of Order: Order Vacating Stay as to Personal Property

Upon the motion of THOMAS R. DOMINCZYK, Esquire of the firm of MAURICE & NEEDLEMAN, P.C., on behalf of the secured creditor, HSBC BANK NEVADA, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

It is on this day:

1. **ORDERED** that the automatic stay is vacated to permit the movant to pursue the movant's rights in the collateral described below.

2. **ORDERED** the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Property
2007 Kawasaki, VIN: JKAEXVD147A104765

*Approved by Judge Gloria M. Burns June 13, 2011*