### State of New Jersey
DEPARTMENT OF HUMAN SERVICES
DIVISION OF FAMILY DEVELOPMENT
PO BOX 716
TRENTON, NJ 08625-0716

**CHRIS CHRISTIE**
*Governor*

**KIM GUADAGNO**
*Lt. Governor*

**JENNIFER VELEZ**
*Commissioner*

**JEANETTE PAGE-HAWKINS**
*Director*
Tel: (609) 588-2000

August 17, 2011

James J. Waldron, Clerk of the Court
US Bankruptcy Court
District of New Jersey
401 Market Street
Camden, NJ 08102

Dear Mr. Waldron:

| Bankruptcy Filer(s): | Jeremy Cooper |
| Bankruptcy Notice: | Chapter 13 |
| Bankruptcy Case: | 10-47410  GMB |

The Office of Child Support Services, in the New Jersey Division of Family Development, received your correspondence on June 14, 2011. A review of our automated child support system, based on the information you provided, revealed the following:

**X**    There are no cases linked to the filer(s) on our system.

____    There is a case linked to the filer on our system.

I trust this information is helpful to you.

Sincerely,

Alisha A. Griffin
Assistant Director

AAG:LRB:SJA: kc

*New Jersey Is An Equal Opportunity Employer*